1:20-cr-60-06

# REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:     Clerk, United States District Court
           District of North Dakota

      The Grand Jury returned an Indictment on March 4, 2020, against JARIAH JADE DANKS, charging the following:

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
21 USC 841(a)(1) and 841(b)(1)(C) – Possession of Oxycodone with Intent to Distribute
18 USC 2 - Aiding and Abetting

---

      It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒     The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐     The United States recommends that:

       ☐     Bail be set at $ _____

       ☐     Defendant be detained without bail.

COMMENTS:

Dated: 3/4/2020

                                       DREW H. WRIGLEY, Asst for
                                       United States Attorney