Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

MAR 04 2020

DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jariah Jade Danks | ) | Case No.  1:20-cr-060-06 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jariah Jade Danks,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Possession of Oxycodone with Intent to Distribute
Aiding and Abetting

Date:  03/05/2020

/s/ Renee Hellwig
Issuing officer's signature

Renee Hellwig, Deputy Clerk
Printed name and title

City and state:   Bismarck, ND

### Return

This warrant was received on (date) 3/4/2020, and the person was arrested on (date) 5/13/2020
at (city and state) BISMARCK, ND.

Date: 5/13/2020

C— T. C—
Arresting officer's signature

CHAD T. COULTER, S/A
Printed name and title   MHA-DOE