PS 42
(Rev. 2/2001)

# United States District Court
## District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 1:20CR00060-6 |
| | ) | |
| Jariah Jade Danks | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jariah Jade Danks have discussed with my supervising pretrial services officer, modification of my release as follows:

I will seek an updated chemical dependency evaluation within 30 days of this order and immediately comply with all recommendations of such evaluation.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   11/19/2020   _____   11/19/2020
Signature of Defendant       Date            Pretrial Services Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   11-20-20
Signature of Defense Counsel   Date

☒ The above modification of conditions of release is ordered, to be effective on Nov 19, 2020

☐ The above modification of conditions of release is not ordered

_____
~~Alice R. Senechal~~ Clare R. Hochhalter
U.S. Magistrate Judge